Application granted. The time for Defendant Perez to file an Answer to the Complaint is extended to March 30, 2026.

The initial conference scheduled for March 2, 2026 is adjourned to April 20, 2026 at 10:00 a.m., using the same dial-in instructions previously provided.

The Clerk of Court is respectfully requested to terminate the letter motion pending at Doc. 31.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        February 24, 2026

**Office of the New York State
Attorney General**

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

### Re: Dalila Gonzalez v. C.O. Hunt, 25-cv-1548

Dear Judge Halpern:

Pursuant to Your Honor's Individual Rules 1(B) & 1(C) the undersigned respectfully submits this second letter motion requesting (1) leave to file a late Answer, and (2) an adjournment of the Case Management Conference currently scheduled for February 26, 2026. (ECF #29).

At the time of this filing, the State of New York is in a State of Emergency due to the Blizzard conditions starting on February 22, 2026. The assigned Assistant Attorney General (AAG) Barbanes is delayed from returning to New York State during the blizzard conditions. As such I am submitting the second letter on behalf of Defendant Murray, who is currently represented by our office and who has filed an answer in this case. (ECF #18, 25).

Defendant Alex Perez remains on active-duty military service since August 13, 2023. Due to his military obligations and deployment-related circumstances, Defendant did not receive actual notice of this action until recently. Defendant Perez has not been available to discuss with counsel the merits of the allegations laid out in the complaint, and

Most recently, Defendants requested their first extension of time to answer and to adjourn the previously scheduled conference. (ECF #28). Your Honor granted that motion on January 20, 2026. (ECF #29).

Plaintiff has refused Defendant's mailing, including the Defendant's prior letter motion for an extension of time (ECF #28). Included in the mailing with the first letter motion was the case scheduling order and the Defendants' initial disclosures. Attached as Exhibit A is the mail showing it was refused and returned to our office. (Ex. A, Pg. 3). AAG Barbanes was only made aware of

this once our office received the letter at which point she was already on vacation and out of the office. Moreover, the Plaintiff refused her opportunity to review the initial disclosures or be intelligently prepare to discuss the case scheduling at the next conference- based on her own decision to refuse to receive the mail sent from our office.

Under these circumstances, Defendant respectfully seeks leave to file a late Answer until March 30, 2026. The delay continues to be in good faith and based on Defendant's continuing active military service. To the extent applicable, the Servicemembers Civil Relief Act provides for the tolling of certain time periods during a servicemember's period of active military service. *See* 50 U.S.C. § 3936. As relayed in the prior letter: on August 22, 2025, service was accepted at Bedford Hills Correctional Facility on behalf of Defendant Perez. (Doc. 14). Defendant Perez has been on active-duty service since August 13, 2025, and therefore any applicable response deadlines were subject to tolling during this period. Defendant raises this provision out of an abundance of caution and respectfully submits that leave to file a late Answer is warranted under the circumstances and in the Court's discretion.

Second, Defendants respectfully request an adjournment of the February 26, 2026, Initial Case Management Conference (Doc. 29) until a date after March 30, 2026. Plaintiff has not been consulted due to the time limitations of communicating by mail and the logistics of the snow storm, and to timely comply with the Court's mailing deadlines.

Respectfully,

Robert Feliu

Robert C. Feliu
Assistant Attorney General

Robert.feliu@ag.ny.gov

cc:     Dalila Gonzalez DIN: 23G0060
        *Plaintiff Pro Se*
        Bedford Hills Correctional Facility
        247 Harris Road
        P.O. Box 1000
        Bedford Hills, NY 10507