UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

DALILA GONZALEZ 23B0060

                              Plaintiff,                          ~~PROPOSED~~

                                                          **ORDER TO TAKE DEPOSITION
                                                          OF INCARCERATED INDIVIDUAL**


        -against-


                                                          **Case No.: 25-CV-1548**
CO HUNT, et al.,                                          Hon. Philip M. Halpern, U.S.D.J.

                              Defendants.


_____


        Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an
Assistant Attorney General may take the deposition of plaintiff Dalila Gonzalez, DIN No. 23-B-
0060, either in person or by videoconference before a notary public, or some other officer
authorized to administer oaths by the laws of the United States or of the State of New York, at any
New York State Correctional Facility, upon notice to the plaintiff and the Superintendent of the
correctional facility where he is then located.
        Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may
impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing this
action.

Dated:   March 5, 2026
         White Plains, New York


                                                  **SO ORDERED.**

                                                  _____
                                                  Hon. Philip M. Halpern
                                                  United States District Judge




To:    Dalila Gonzalez, 23B0060
       Bedford Hills Correctional Facility
       Bedford Hills, NY 10507
       Pro Se


                                          1