UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DALILA GONZALEZ,

                            Plaintiff,

                -against-

C.O. HUNT, C.O. PEREZ, and SGT. MURRAY,

                            Defendants.

**ORDER**

25-CV-01548 (PMH)

PHILIP M. HALPERN, United States District Judge:

An initial pretrial conference was held today. Counsel for Defendants Murray and Perez, and Plaintiff, proceeding *pro se*, appeared telephonically. As discussed at the conference, the Court granted Defendant Perez's application (Doc. 37) for a stay due to his current active military duty pursuant to 50 U.S.C. § 3932. Specifically, the Court, in its discretion and despite Defendant Perez's failure to fully comply with 50 U.S.C. § 3932(b), granted a 90-day stay of the action as to Defendant Perez only. *See Torres v. City of New York*, No. 19-CV-06332, 2021 WL 4991328, at *1-2 (S.D.N.Y. Oct. 27, 2021); *see also* 50 U.S.C. § 3935(b).

Accordingly, Defendant Perez is directed, by **July 20, 2026**, to either: (i) file an Answer to the Complaint; or (iii) file a letter motion requesting a continuance of the stay, including detailed reasons for the request in full compliance with 50 U.S.C. § 3932(b). As discussed during the conference, the Court cautions Defendant Perez that failure to strictly comply with 50 U.S.C. § 3932(b) will likely result in denial of the stay application. A Civil Case Discovery Plan and Scheduling Order will be docketed separately.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated:   White Plains, New York
         April 20, 2026

_____
PHILIP M. HALPERN
United States District Judge