UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DALILA GONZALEZ,<br><br>Plaintiff,<br><br>-against-<br><br>C.O. HUNT, et al.,<br><br>Defendants. | **ORDER**<br><br>25-CV-01548 (PMH) |

PHILIP M. HALPERN, United States District Judge:

In light of the extension of the discovery schedule granted on October 20, 2026 (Doc. 48), the telephonic case management conference scheduled for November 19, 2026 (Doc. 40) is hereby adjourned to **January 21, 2027 at 12:30 p.m.**

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: White Plains, New York
October 30, 2026

PHILIP M. HALPERN
United States District Judge